AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin ☑

| | |
|---|---|
| HUCKLEBERRY ULBRICHT <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF MAUSTON, DENNIS NIELSEN, RANDALL REEG, NICOLE LYDDY, BRANDON ARENZ <br><br> *Defendant(s)* | Civil Action No. <br><br> **23 CV 623 JDP** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Mauston 303 Mansion St, Mauston WI 53948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Huckleberry Ulbricht
> 221 S Main St
> PO Box 164
> Necedah WI 54646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-11-2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin ☒

| | |
|---|---|
| HUCKLEBERRY ULBRICHT<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF MAUSTON,<br>DENNIS NIELSEN, RANDALL REEG,<br>NICOLE LYDDY, BRANDON ARENZ<br><br>*Defendant(s)* | Civil Action No.<br><br>**23 CV 623 JDP** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dennis Nielsen 303 Mansion St, Mauston WI 53948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Huckleberry Ulbricht
> 221 S Main St
> PO Box 164
> Necedah WI 54646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-11-2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| HUCKLEBERRY ULBRICHT <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF MAUSTON, DENNIS NIELSEN, RANDALL REEG, NICOLE LYDDY, BRANDON ARENZ <br><br> *Defendant(s)* | Civil Action No. <br><br> 23 CV 623 JDP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Randall Reeg 303 Mansion St, Mauston WI 53948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Huckleberry Ulbricht
> 221 S Main St
> PO Box 164
> Necedah WI 54646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-11-2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

HUCKLEBERRY ULBRICHT )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
THE CITY OF MAUSTON, )
DENNIS NIELSEN, RANDALL REEG, )
NICOLE LYDDY, BRANDON ARENZ ) 23 CV 623 JDP
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nicole Lyddy 303 Mansion St, Mauston WI 53948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Huckleberry Ulbricht
> 221 S Main St
> PO Box 164
> Necedah WI 54646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-11-2023

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| HUCKLEBERRY ULBRICHT<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF MAUSTON,<br>DENNIS NIELSEN, RANDALL REEG,<br>NICOLE LYDDY, BRANDON ARENZ<br><br>*Defendant(s)* | Civil Action No.<br><br>23 CV 623 JDP |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brandon Arenz 303 Mansion St, Mauston WI 53948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Huckleberry Ulbricht
> 221 S Main St
> PO Box 164
> Necedah WI 54646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-11-2023

*Signature of Clerk or Deputy Clerk*