AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Randall Reeg**

was received by me on *(date)* **9-12-2023**.

☒ I personally served the summons on the individual at *(place)* **303 Mansion St Mauston, WI 53948**   on *(date)* **9-12-23**   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9-12-2023**

*Misty M. Andres*
Server's signature

**Misty M. Andres**
Printed name and title

**403 W. State St, Mauston, WI 53948**
Server's address

Additional information regarding attempted service, etc: