AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Mauston
was received by me on *(date)* 9-12-2023 . Handed to Nicole Lyddy Deputy Clerk

☒ I personally served the summons on the individual at *(place)* 303 Mansion St. Mauston, WI 53948        on *(date)* 9-12-23      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-12-2023

Misty M. Andres
*Server's signature*

Misty M. Andres
*Printed name and title*

403 W. State St. Mauston, WI 53948
*Server's address*

Additional information regarding attempted service, etc: