UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HUCKLEBERRY ULBRICHT,

    Plaintiff,

v.                                          Case No. 3:23-cv-00623

THE CITY OF MAUSTON, DENNIS NIELSEN, RANDALL REEG, NICOLE LYDDY, BRANDON ARENZ,

    Defendants.

---

NOTICE OF MOTION AND MOTION TO
EXTEND PERIOD TO ANSWER OR OTHERWISE RESPOND PURSUANT TO
FED. R. CIV. P. 6(b)(1)A

---

    PLEASE TAKE NOTICE that Stafford Rosenbaum LLP, by Attorney Pahoua Thao, hereby moves the Court for an Order to extend the periods to answer or otherwise respond to Plaintiff's Complaint for the City of Mauston, Dennis Nielsen, Randall Reeg, Nicole Lyddy and Brandon Arenz, in the above-entitled action pursuant to Fed. R. Civ. P. 6(b)(1)A.

    The basis of this Motion is set forth in the Brief in Support of Motion.

    Dated:  September 26, 2023.

                                                               STAFFORD ROSENBAUM LLP

                                                               *Electronically signed by Pahoua Thao\*
                                                               Pahoua Thao, SBN 1098421
                                                               Attorneys for Defendants

222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
Email:  pthao@staffordlaw.com
608.256.0226