AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-623-jdp

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Brandon Arenz**
was received by me on *(date)* **9-18-2023**.

☒ I personally served the summons on the individual at *(place)* **Mauston City Hall 303 Mansion St. Mauston, WI** on *(date)* **9-18-2023**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **9-18-2023**

*Karin J. Vanderhoof*
Server's signature

**KARIN J. Vanderhoof**
Printed name and title

**203 Bently Ct. P.O. Bx 311
Necedah, WI 54646**
Server's address

Additional information regarding attempted service, etc: