UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WISCONSIN

HUCKLEBERRY ULBRICHT,

Plaintiff,

v.                                                                        Case No. 3:23-cv-00623

THE CITY OF MAUSTON, DENNIS NIELSEN,

RANDALL REEG, NICOLE LYDDY,

BRANDON ARENZ,

Defendants.

OPPOSITION TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Facts:

1. The City of Mauston, Dennis Nielsen, Nicole Lyddy, and Randy Reeg were served on 9/12/23
2. Brandon Arenz was served on 9/18/23
3. The City of Mauston obtained the counsel of Pahoua Thao.
4. Pahoua Thao filed Notice of Appearance on behalf of the defendants on 9-26-23
5. Pahoua Thao filed Notice of Withdrawal of Representation on 9-26-23
6. Pahoua Thao requested a 14-day extension on top of the original deadlines of 10/3/23 and 10/9/23.
7. Pahoua Thao indicated that information was brought to her attention on the same day of filing appearance that left them with no other conclusion but to withdraw representation.

The City of Mauston, all served parties and prospective legal representation have a duty to do their due diligence to work together to provide and receive all necessary information to review and determine before agreeing to offer and accept legal representation and to do so within the deadlines set by the court and/or law.  The City of Mauston and other served parties and counsel's failure to do their due diligence should not be rewarded with an extension.  Furthermore, the requested extension would allow defendant Brandon Arenz a total of 27 days to respond if his time was considered to be starting on the 27th of September 2023, the date of notice to withdraw representation.  I oppose the deadline of the motion to answer being extended and request the court to deny the Defendants motion and keep the original dates intact.

Huckleberry Ulbricht

221 S Main St

Necedah WI 54646

1-608-542-1049

Case: 3:23-cv-00623-jdp Document #: 13 Filed: 09/27/23 Page 2 of 2