UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HUCKLEBERRY ULBRICHT,

      Plaintiff,                                 Case No.: 3:23-cv-00623-jdp

      v.

THE CITY OF MAUSTON,
DENNIS NIELSEN, RANDALL REEG,
NICOLE LYDDY and BRANDON ARENZ,

      Defendants.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that Boardman & Clark LLP, by James E. Bartzen, has been retained to represent defendant Randall Reeg in the above action and requests that copies of all further papers be served upon her at the offices of Boardman & Clark LLP, 1 South Pinckney Street, Suite 410, P.O. Box 927, Madison, WI 53701-0927.

      Dated this 12th day of October, 2023.

                                                     BOARDMAN & CLARK LLP
                                                   By

                                                   *Electronically signed by James E. Bartzen*
                                                   James E. Bartzen, SBN 1003047
                                                   Attorneys for Defendant Randall Reeg

                                                   U.S. Bank Plaza, Suite 410
                                                   1 South Pinckney Street
                                                   P.O. Box 927
                                                   Madison, Wisconsin  53701-0927
                                                   (608) 257-9521
                                                   jbartzen@boardmanclark.com