UNITED STATES DISTRICT COURT DISTRICT
WESTERN DISTRICT OF WISCONSIN

---

Huckleberry Ulbrict,

                Plaintiff,        **NOTICE OF APPEARANCE**

v.                                                     Case No.:  23-CV-623

City of Mauston, et al,

                Defendants.

---

    PLEASE TAKE NOTICE that I have been retained by and appear for the defendants, City of Mauston, Nicole Lyddy, and Brandon Arenz, in the above-entitled matter, and demand that a copy of all papers and proceedings subsequent to the Summons and Complaint herein be served upon me at our offices located at 210 McClellan St., Ste. 400, Wausau, WI 54403, or via the District Court's ECF System.

    Dated at Wausau, Wisconsin this 12th day of October 2023.

                                          **s/ Michael J. Roman**
                                          Michael J. Roman
                                          State Bar No. 1020648
                                          Attorneys for Defendant, City of Mauston,
                                          Nicole, Lyddy, and Brandon Arenz,
                                          KLINNER KRAMER SHULL LLP
                                          210 McClellan Street
                                          Suite 400
                                          Wausau, WI 54403
                                          Telephone: (715) 845-5656
                                          Fax: (715) 845-5666
                                          *Email: mroman@klinnerkramershull.com*