IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HUCKLEBERRY ULBRIGHT,

              Plaintiff,

v.

THE CITY OF MAUSTON,
DENNIS NIELSEN,
RANDALL REEG,
NICOLE LYDDY, AND
BRANDON ARENZ

              Defendants.

CASE NO. 3:23CV00623

---

**NOTICE OF ADDITIONAL APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned has been retained by and appears as counsel for defendant, Dennis Nielsen, in the above-entitled action, and demands that a copy of all future pleadings be served on the undersigned.

Dated this 17th day of October, 2023.

           WIRTH + BAYNARD
           Attorneys for Dennis Nielsen

           By: *Electronically signed by Joseph M. Wirth*
               JOSEPH M. WIRTH
               State Bar No.: 1012080

P.O. Address:
9898 W. Bluemound Road, Suite 2
Wauwatosa, WI  53226-4319
Telephone:  (414) 291-7979
Fax:  (414) 271-6196
E-mail:  jmw@wbattys.com